```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7027
    kelsey.davidson@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACE WONG, <br>  a/k/a Robyn Wong <br><br> Defendant. | CASE NO. 3:22-CR-00401-JD <br><br> STIPULATION TO SET STATUS CONFERENCE FOR FEBRUARY 27, 2023 AND EXCLUDE TIME FROM DECEMBER 5, 2022 TO FEBRUARY 27, 2023 AND [PROPOSED] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Jace Wong, that the status conference be rescheduled for February 27, 2023, and that time be excluded under the Speedy Trial Act from December 5, 2022 through February 27, 2023.

The status conference scheduled for December 5, 2022 was not held since the defendant was not brought to Court. The government and counsel for the defendant agree that the status conference should be rescheduled for February 27, 2023, and that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until February 27, 2023 will allow for the effective preparation of counsel. *See* 18 U.S.C.

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 3:22-CR-00401-JD

1  § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding
2  the time from December 5, 2022 through February 27, 2023 from computation under the Speedy Trial Act
3  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),
4  (B)(iv).

5  The undersigned Assistant United States Attorney certifies that she has obtained approval from
6  counsel for the defendant to file this stipulation and proposed order.

8  IT IS SO STIPULATED.

9  DATED: December 5, 2022

                                         /s/
                                         KELSEY C. DAVIDSON
                                         Assistant United States Attorney

11 DATED: December 5, 2022
                                         /s/
                                         DOUGLAS HORNGRAD
                                         Counsel for Defendant Jace Wong

14                             [PROPOSED] ORDER

15  Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court
16  finds that failing to exclude the time from December 5, 2022 through February 27, 2023 would
17  unreasonably deny defense counsel and the defendant the reasonable time necessary for effective
18  preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court
19  further finds that the ends of justice served by excluding the time from December 5, 2022 to February 27,
20  2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the
21  defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED
22  that a status conference be set for February 27, 2023, and the time from December 5, 2022 through
23  February 27, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §
24  3161(h)(7)(A), (B)(iv).

25  IT IS SO ORDERED.

27  DATED: 12/6/22

                                         JAMES DONATO
                                         United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 3:22-CR-00401-JD