1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  (State Bar No. 95086)
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone (415) 397-9509
   Facsimile (415) 397-9519
5

6  Attorney for JACE WONG

7

8

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA, | Case No.: 3:22-CR-00401-JD
15 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM FEBRUARY 27, 2023 APRIL 3, 2023
16 | v. |
17 | JACE WONG, |
18 | Defendant. |
19

20      There is a status conference scheduled in this case for February 27, 2023 at 10:30 am.
21 The parties, in the interests of efficiency, stipulate and request that the February 27, 2023 status
22 conference be continued to April 3, 2023, or to a subsequent date deemed appropriate by the
23 Court. The reason for this request is that the defense recently viewed the digital discovery
24 relevant to Counts Three, Four and Five in this case.  The defense needs additional time to
25 review and discuss the discovery with Mr. Wong and conduct additional investigation.

26      It is further stipulated by and between counsel for the United States and counsel for
27 defendant JACE WONG, that time be excluded under the Speedy Trial Act from February 27,
28 2023 through April 3, 2023 (or the date set for the next status hearing by the Court). The

government and counsel for the defendant have agreed that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced. For this reason the parties stipulate and agree that excluding time until April 3, 2023 (or the date set for the next status hearing by the Court) will allow for the effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and ask the Court to find that the requested exclusion of time is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The undersigned defense counsel certifies that he has obtained approval from counsel for the government to file this stipulation and proposed order.

IT IS SO ORDERED.

February 23, 2023
Dated

HONORABLE JAMES DONATO
United States District Judge

IT IS SO STIPULATED.

Dated: February 22, 2023

/S/
KELSEY C. DAVIDSON
Assistant United States Attorney

Dated: February, 22, 2023

/S/
DOUGLAS I. HORNGRAD
Attorney for Defendant Jace Wong

[PROPOSED] STIPULATED ORDER
*JACE WONG,* 3:22-CR-00401-JD

2