ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7027
    kelsey.davidson@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:22-CR-00401-JD |
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA AND EXCLUDE TIME FROM MARCH 28, 2023 TO APRIL 17, 2023 AND [PROPOSED] ORDER |
| v. | |
| JACE WONG, a/k/a Robyn Wong | |
| Defendant. | |

A status conference is currently set for April 3, 2023 at 10:30 AM. Counsel for the United States and counsel for the defendant, Jace Wong, are working on a resolution and stipulate that the status conference should be vacated, and a change of plea should be set for April 17, 2023. The parties also stipulate that time be excluded under the Speedy Trial Act from March 28, 2023 through April 17, 2023.

The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare and discuss the discovery and resolution with the defendant. For this reason, the parties stipulate and agree that excluding time until April 17, 2023 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further

1    stipulate and agree that the ends of justice served by excluding the time from March 28, 2023 through

2    April 17, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and

3    the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4          The undersigned Assistant United States Attorney certifies that she has obtained approval from

5    counsel for the defendant to file this stipulation and proposed order.

6

7          IT IS SO STIPULATED.

8    DATED:  March 28, 2023                     _____/s/_____

                                     KELSEY C. DAVIDSON

9                                         Assistant United States Attorney

10

11   DATED: March 28, 2023                     _____/s/_____

                                     DOUGLAS HORNGRAD

12                                        Counsel for Defendant Jace Wong

13

14                                 **[PROPOSED] ORDER**

15         Based upon the facts set forth in the stipulation and for good cause shown, the Court finds that

16   failing to exclude the time from March 28, 2023 through April 17, 2023 would unreasonably deny defense

17   counsel and the defendant the reasonable time necessary for effective preparation, taking into account the

18   exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice

19   served by excluding the time from March 28, 2023 through April 17, 2023 from computation under the

20   Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore,

21   and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 28, 2023 through

22   April 17, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A),

23   (B)(iv).  The Court also orders that the April 3, 2023 status conference is vacated and a change of plea is

24   set for April 17, 2023.

25         IT IS SO ORDERED.

26

27   DATED: __March 29, 2023___             _____

                                    JAMES J. DONATO

28                                       United States District Judge