1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  (State Bar No. 95086)
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone (415) 397-9509
   Facsimile (415) 397-9519
5

6  Attorney for JACE WONG

7

8

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          **Case No.**: **3:22-CR-00401-JD**

              Plaintiff,               **STIPULATION AND [PROPOSED]**
15                                      **ORDER TO CONTINUE**
        v.                              **SENTENCING HEARING FROM**
16                                      **AUGUST 28, 2023 TO**
    JACE WONG,                          **SEPTEMBER 11, 2023**
17
              Defendant.
18

19

20        There is a sentencing hearing scheduled in this case for August 28, 2023 at 10:30

21  a.m.  The parties, in the interests of efficiency, stipulate and request that the August 28,

22  2023 sentencing hearing be continued to September 11, 2023, or to a subsequent date

23  deemed appropriate by the Court. The reason for this request is that the entire Northern

24  District of California, U.S. Probation Office, Pre-Sentencing Report Division, including

25  U.S. Probation Officer Katrina Chu, will be attending the U.S. Sentencing Guidelines

26  conference from August 28, 2023 to September 1, 2023. The Probation Office gained

27  approval from the Court to move all hearings during that time.

28        The  government  has  no  objection  and  joins  in  this  request  based  on  the

1   information provided by United States Probation Officer Katrina Chu. All parties

2   indicated they are available on September 11, 2023.

3       For the foregoing reasons, the requested delay in proceedings is warranted, and

4   the parties respectfully request that the sentencing hearing be continued to September

5   11, 2023, or a date that is convenient for the Court.

6       The undersigned defense counsel certifies that he has obtained approval from

7   counsel for the government to file this stipulation and proposed order.

8

9       IT IS SO STIPULATED.

10      Dated: May 12, 2023                        /S/
                                            _____
11                                          KELSEY C. DAVIDSON
                                            Assistant United States Attorney
12

13      Dated: May 12, 2023                        /S/
                                            _____
14                                          DOUGLAS I. HORNGRAD
                                            Attorney for Defendant Jace Wong
15

16      For the reasons stated above, the Court vacates all appearances and CONTINUES this

17   case to September 11, 2023 at 10:30 a.m. for sentencing.

18

19      IT IS SO ORDERED.

20

21    May 25, 2023                      _____
      _____
22    Dated                            HONORABLE JAMES DONATO
                                       United States District Judge

23

24

25

26

27

28