DOUGLAS I. HORNGRAD
Attorney at Law
(State Bar No. 95086)
1736 Stockton Street
Maybeck Building Four
San Francisco, California 94133
Telephone (415) 397-9509
Facsimile (415) 397-9519

Attorney for JACE WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACE WONG,<br><br>Defendant. | Case No.: **3:22-CR-00401-JD**<br><br>**STIPULATION AND** [PROPOSED] **ORDER TO CONTINUE SENTENCING HEARING FROM SEPTEMBER 11, 2023 TO SEPTEMBER 25, 2023** |

There is a sentencing hearing scheduled in this case for September 11, 2023 at 10:30 a.m. The parties, in the interests of efficiency, stipulate and request that the September 11, 2023 sentencing hearing be continued to September 25, 2023, or to a subsequent date deemed appropriate by the Court. The reason for this request is that U.S. Probation Officer Katrina Chu needs additional time to complete her report.

The interview was delayed because Jace Wong was transferred out of the Northern District to the Fresno County Jail, which complicated scheduling the interview. The interview is now scheduled for August 7, 2023. A continuance of the sentencing hearing is necessary to provide sufficient time for Deputy Probation Officer

Katrina Chu to submit a draft report and for the parties to resolve potential objections.

The government has no objection and joins in this request based on the information provided by United States Probation Officer Katrina Chu and counsel for Jace Wong. All parties indicated they are available on September 25, 2023.

For the foregoing reasons, the requested delay in proceedings is warranted, and the parties respectfully request that the sentencing hearing be continued to September 25, 2023, or a date that is convenient for the Court.

The undersigned defense counsel certifies that he has obtained approval from counsel for the government to file this stipulation and proposed order.

IT IS SO STIPULATED.

Dated: July 20, 2023

/S/
KELSEY C. DAVIDSON
Assistant United States Attorney

Dated: July 20, 2023

/S/
DOUGLAS I. HORNGRAD
Attorney for Defendant Jace Wong

For the reasons stated above, the Court vacates all appearances and continues this case to September 25, 2023 at 10:30 a.m. for sentencing.

IT IS SO ORDERED.

July 25, 2023
Dated

HONORABLE JAMES DONATO
United States District Judge