```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  VIVIAN F. WANG (CABN 277577)
   Assistant United States Attorney
4       450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7431
6       Fax: (415) 436-6570
        Email:  Vivian.Wang@usdoj.gov
7
8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22-00401-001 JD |
| Plaintiff, | |
| v. | **WRIT OF CONTINUING GARNISHMENT PURSUANT TO STIPULATION** |
| JACE WONG, | |
| Defendant, | (FINANCIAL ACCOUNT) |
| CHARLES SCHWAB & CO., INC., | |
| Garnishee. | |

TO:    Charles Schwab & Co., Inc.
       Legal Services (DFW1-02-886)
       3000 Schwab Way
       West Lake, TX 76262

//

//

//

WRIT OF CONTINUING GARNISHMENT
CR 22-00401-001 JD                                1

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

The name, last known address, and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are, as follows:

> Jace Wong – Reg. No. 39802-509
> FMC Carswell,
> Naval Air Station,
> J St, Building 3000
> Fort Worth, TX 76127

Social Security Number (last four digits): XXX-XX-1935

This Writ has been issued at the request of the United States of America to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $206,700.00. As of May 31, 2024, there is a balance of $256,013.78 due on the judgment debt, comprised of: a $650.00 assessment; $206,000.00 in restitution principal, $5,698.39 in restitution interest; $20,670.00 in delinquency penalties under 18 U.S.C. §§ 3612(g), 3572(h); and a $22,995.39 surcharge of ten percent (10%) pursuant to 28 U.S.C. § 3011(a). Interest on the restitution principal has accrued, and continues to accrue, at the rate of 5.27% per annum, or $29.66 per day.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the defendant in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the defendant and remit such property in accordance with the enclosed stipulated court order. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within **10 days** after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession, any property of the defendant. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

    a. Whether or not you have in your custody, control, or possession, any property

1                       owned by the defendant in which the defendant has a substantial nonexempt interest;

        b.     a description of such property and the value of such property;

        c.     a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt; and

        d.     the amount of the debt you anticipate owing to the defendant in the future and whether the period for payment will be weekly or another specified period.

        For your convenience, a form which addresses the above-requested information is attached and may be used to answer the Writ.

        3.     After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), **within ten (10)** days after service of this Writ upon you, you must **mail or deliver** the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

        Clerk, United States District Court
        450 Golden Gate Ave., Box 36060
        San Francisco, CA 94102

        At the same time you mail or deliver the original answer to the Court, you must also **mail or deliver** a copy of the original answer to the defendant, counsel for defendant, and attorney for the United States at the following respective addresses:

        Jace Wong – Reg. No. 39802-509
        FMC Carswell,
        Naval Air Station,
        J St, Building 3000
        Fort Worth, TX 76127

        Counsel for Defendant Jace Wong:
        Douglas Horngrad, Esq.
        Law Office of Douglas Horngrad
        1736 Stockton St.
        Maybeck Building Four
        San Francisco, CA 94133

        Counsel for the United States:
        Vivian F. Wang
        Assistant U.S. Attorney
        450 Golden Gate Avenue, 9th Floor
        P.O. Box 36055
        San Francisco, CA 94102

Please note that the attached answer form contains a **certificate of service** which needs to be completed by the person mailing the copies of the answer to the defendant and the attorney for the United States, and which needs to be filed with the Court along with the answer.

**IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.**

MARK B. BUSBY,
Clerk of Court
United States District Court
for the Northern District of California

Dated: May 28, 2024    By:  _____
Deputy Clerk

WRIT OF CONTINUING GARNISHMENT
CR 22-00401-001 JD                        4